UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER
Motion Granted.

E. Clifton
U.S.M.J.

UNITED STATES OF AMERICA      )
                              )      CASE NO. 13-2091-MK
        v.                    )
                              )
PAUL ANTHONY BRAVO            )      JUDGE KNOWLES

## MOTION TO SEAL

Comes now the United States and moves the Court to place the Complaint, Affidavit, and

this Motion under seal since the publication of the information in the affidavit could jeopardize

an ongoing investigation.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ *Harold B. McDonough*
HAROLD B. MCDONOUGH, JR.
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151